UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABETH HASHIMI,
                        Plaintiff,

-v-

SATELIP RESTAURANT CORP., *et al.*,
                        Defendants.

19-CV-4360 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 9, 2019, the parties filed a status letter with the Court indicating their expectation a settlement would be finalized within sixty days. (Dkt. No. 14.) However, there has been no communication with the Court since the filing of that letter.

Accordingly, the parties are directed to file either a stipulation of dismissal or a status letter with the Court on or before January 10, 2020.

    SO ORDERED.

Dated: December 10, 2019
          New York, New York

_____
J. PAUL OETKEN
United States District Judge