UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABETH HASHIMI,
       Plaintiff,

   -v-

SATELIP RESTAURANT CORP., *et al.*,
       Defendants.

19-CV-4360 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 24, 2020, the parties filed a letter with the Court requesting an extension to file a stipulation of dismissal to March 25, 2020. (*See* Dkt. No. 21.) The motion was granted. (Dkt. No. 22.) However, there has been no communication with the Court since the filing of that letter.

Accordingly, the parties are directed to file either a stipulation of dismissal or a status letter with the Court on or before June 10, 2020.

SO ORDERED.

Dated: May 27, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge