```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:_____            │
│ DATE FILED: 9/29/2020             │
└──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HASHIMI,

                         Plaintiff,

        -against-

SATELIP RESTAURANT CORP. ET AL,

                         Defendant.
-------------------------------------------------------------------X

**ORDER TO COMPEL**

**19-CV-04360 (JPO) (KHP)**

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

The Court is in receipt of Plaintiff's letter, dated September 25, 2020 informing the court of Defendants' failure to respond to any discovery requests in this litigation and Defendants' response dated today indicating that they would respond and that Plaintiff had not attempted to meet and confer about this issue.

Plaintiff's counsel is reminded that the Court requires the parties to meet and confer about discovery issues before bringing them to the attention of the Court and that the Court requires a party to inform the Court that the meet and confer has occurred.  Defense counsel is reminded of his obligation to timely seek extensions of time from his adversary and that a failure to do so and missed deadlines may result in a waiver of objections.

Defendants shall produce relevant records before the scheduled inspection of the restaurant.  The parties shall file a joint status letter with the Court by **October 13, 2020**.

      **SO ORDERED.**

Dated: September 29, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1