```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HASHIMI,

                                  Plaintiff,

        -against-

SATELIP RESTAURANT CORP. ET AL,

                                  Defendant.
-----------------------------------------------------------------X

**ORDER RESCHEDULING STATUS CONFERENCE**

19-CV-04360 (JPO) (KHP)

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

      The telephonic Status Conference scheduled for Monday, November 9, 2020 at 12:30 p.m. is hereby rescheduled to **Monday, November 23, 2020 at 12:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: October 20, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1